IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM KEISLING, | : | 1:09-cv-2181 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| RICHARD RENN, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

**March 30, 2010**

Plaintiff's Motion for Extension of Time (Doc. 58) to file a brief in opposition to the pending motions to dismiss (Docs. 46, 50 and 53 ) is **GRANTED** to the following extent: Plaintiff shall file his briefs in opposition to the motions to dismiss no later than thirty (30) days from the date of this Order.

s/ John E. Jones III
John E. Jones III
United States District Judge