IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM KEISLING

v.

JUDGE RICHARD RENN, et al.

CIVIL ACTION NO. 1:09-CV-2181

ORDER

Upon consideration of the petitioner, Peter M. Vaughn, Esquire's, Petition to Withdraw as Counsel, it is hereby ORDERED that the petition is GRANTED and Peter M. Vaughn, Esquire, is hereby WITHDRAWN as counsel for the Wantz Defendants.

The court hereby directs the Clerk of Courts to provide copies of this Order to the plaintiff in this matter and all other counsel of record.

By the Court:

_____          _____
Date                                  Hon.
                                      U.S. District Court (Middle District-PA)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM KEISLING | : |
| v. | : CIVIL ACTION NO. 1:09-CV-2181 |
| JUDGE RICHARD RENN, et al. | : |

### PETITION TO WITHDRAW AS COUNSEL

The undersigned counsel in this matter, Peter M. Vaughn, Esquire, petitions for leave of court to withdraw as counsel for the defendants Russell Wantz, Schaad Detective Agency, L.C. "Larry" Heim, and Katherman, Heim and Perry, hereinafter collectively referred to as the "Wantz Defendants," and hereby avers as follows:

1. Your petitioner entered his appearance on or about March 16, 2010, on behalf of the Wantz Defendants.

2. The Wantz Defendants are also represented by Attorney L.C. Heim. When this action was instituted against the Wantz Defendants, Attorney Heim was out of the country.

3. Attorney Heim consulted this petitioner to represent the Wantz Defendants interimly until Attorney Heim's return to the United States. Responsive pleadings of the Wantz Defendants were due prior to the time Attorney Heim returned to the United States.

4. The petitioner filed a motion to dismiss on behalf of the Wantz Defendants on March 16, 2010. A brief in support of the motion to dismiss was subsequently due on March 30, 2010.

5. Attorney Heim entered his appearance for the Wantz Defendants and filed a brief in support of the Wantz Defendants' Motion to Dismiss on March 29, 2010. Attorney Heim will continue to represent the Wantz Defendants in this action.

6. The petitioner's responsibilities to the Wantz Defendants is complete.

WHEREFORE, the undersigned counsel, Peter M. Vaughn, Esquire, requests that this Court grant his petition to withdraw as counsel.

                    Respectfully submitted,

                    THE VAUGHN LAW FIRM LLC

                    By: Peter M. Vaughn

Date: 4/2/10

## CERTIFICATE OF SERVICE

I, the undersigned counsel, in accordance with Federal Rule of Civil Procedure 5, hereby certify that a copy of the foregoing Petition to Withdraw as Counsel was served on the following individuals on the date and in the manner set forth below:

Via Electronic Filing:

Michael Flannelly, Esquire
York County Solicitor
28 East Market Street, 2nd Floor
York, Pennsylvania 17401

L.C. Heim, Esquire
Katherman, Heim & Perry
345 East Market Street
York, Pennsylvania 17403

Niles S. Benn, Esquire
Terence J. Barna, Esquire
Gregory E. Monskie, Esquire
Benn Law Firm
103 East Market Street
York, Pennsylvania 17405

Geri R. St. Joseph, Esquire
Supreme Court of PA, AOPC
1515 Market Street, Suite 1414
Philadelphia, Pennsylvania 19102

VIA U.S. Mail, postage prepaid:

William Keisling, IV, pro se
601 Kennedy Road
Airville, Pennsylvania 17302

Dated: 4/2/10

Peter M. Vaughn
THE VAUGHN LAW FIRM LLC
22 South Beaver Street
York, Pennsylvania 17401
(717) 845-9689
PA Supreme Court No. 92814